# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 13 |
|  | ) |  |
| RACHEL COBURN JOHNSEN, | ) | Case No. 17-21504-TBM |
| Debtor(s) | ) |  |
|  | ) | BANKRUPTCY JUDGE |
|  | ) | THOMAS B MCNAMARA |

## REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)

   PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Conoco®PersonalCreditCard [Last four digit of account:1857]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

   Synchrony Bank
   c/o PRA Receivables Management, LLC
   PO Box 41021
   Norfolk, VA 23541
   Telephone: (877) 829-8298
   Facsimile: (757) 351-3257
   E-mail: claims@recoverycorp.com


Dated: Norfolk, Virginia
December 21, 2017

                                                         By: /s/ Valerie Smith

                                                         Valerie Smith
                                                         c/o PRA Receivables Management, LLC
                                                         Senior Manager
                                                         PO Box 41021
                                                         Norfolk, VA 23541
                                                         (877) 829-8298

Assignee Creditor: Conoco®PersonalCreditCard [Last four digit of account:1857]