Local Bankruptcy Form 1007-6.1

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

In re **Johnsen, Rachel Coburn**, Case No. **1:17-bk-21504**
Debtor  Chapter **13**

**STATEMENT UNDER PENALTY OF PERJURY**
**CONCERNING PAYMENT ADVICES**

I*, **Johnsen, Rachel Coburn**, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[X] I was not employed during the period immediately preceding the filing of the above-referenced case, *(insert dates that you were not employed )*;

[ ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ] I am self-employed and do not receive any evidence of payment from an employer;

[ ] Other (please provide explanation):_____.

I declare under penalty of perjury that the foregoing statement is true and correct

Dated: **December 22, 2017**   By:   */s/ Rachel Johnsen*
                                       Signature of debtor
                                       **Rachel Johnsen**
                                       Printed name of debtor
                                       **6182 Eldora St**
                                       **Golden, CO  80403-2205**
                                       Home Address
                                       Telephone number
                                       Facsimile number
                                       E-mail address

*A separate form must be signed for each debtor