UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

RACHEL COBURN JOHNSEN,

Debtor.

Case No. 17-21504-TBM

Chapter 13

## CREDITOR COPPER CREEK CONSTRUCTION'S
## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Creditor, Copper Creek Construction ("Copper Creek"), by and through undersigned counsel, hereby files its Objection to Confirmation of the proposed Chapter 13 Plan and states:

1. Copper Creek is part of a class of secured claims contained in the proposed Plan. Debtor Rachel Johnsen ("Debtor") executed a Settlement Agreement secured by a Confession of Judgment to resolve disputes involving Copper Creek's mechanics' lien against the real property owned by Debtor located at 6182 Eldora, Golden, Colorado.

2. Debtor's Plan includes Copper Creek as a secured creditor; however, Debtor's Plan fails to state the amount to be paid to Copper Creek through the Plan or the duration of the payments to Copper Creek.

3. Debtor's Schedule D and Plan contain a correct value of the principal balance of Copper Creek's secured interest, only; however, Debtor's Schedule D and Plan fail to account for Copper Creek's attorneys' fees and costs of collection and interest of 8%. Copper Creek intends to file a Proof of Claim with the full amount of its secured debt stated.

4. Debtor's Plan is unfeasible and not confirmable.[1]

5. Copper Creek does not accept the proposed Chapter 13 Plan. *See* 11 U.S.C. §1325(a)(5).

6. Copper Creek reserves the right to amend, or renew or expand, its Objection after the amended Schedules and Plan are filed.

WHEREFORE, Creditor Copper Creek Construction requests that the Court deny confirmation in the above-captioned matter and dismiss the proceeding pursuant to 11 U.S.C. § 1307 or, in the alternative, convert this case to a Chapter 7 proceeding.

---

[1] Copper Creek agrees with the Objections filed by the Standing Chapter 13 Trustee and creditor Red Rocks Community College.

RESPECTFULLY submitted this 14th day of February 2018.

                                         THE CULPEPPER LAW FIRM, P.C.

                                         */s/Dustin J. Klein*
                                         Dustin J. Klein, Atty. Reg. No. 45074
                                         *Attorney for Copper Creek Construction*
                                         1900 Grant St., Ste. 1110
                                         Denver, Colorado 80203
                                         Ph. 800.909.3539/Fax. 800.909.3734

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was delivered electronically via ECF and USPS First Class Mail on February 14, 2018 to:

Adam M. Goodman
PO Box 1169
Denver, CO 80201-1169

Mark J. Berumen
Berumen Law Firm P.C.
1873 S. Bellaire St., Ste. 1010
Denver, CO 80222

Rachel C. Johnsen
6182 Eldora St.
Golden, CO 80401

/s/Dustin J. Klein
Dustin J. Klein

| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway, Golden, CO, 80401-6002<br>Plaintiff(s) COPPER CREEK CONSTRUCTION LLC<br>v.<br>Defendant(s) RACHEL JOHNSEN | DATE FILED: December 1, 2017 1:58 PM<br>CASE NUMBER: 2016CV31367 |
|---|---|
| | △ COURT USE ONLY △ |
| | Case Number: 2016CV31367<br>Division: 7      Courtroom: |
| Order: re. Confession of Judgment | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 12/1/2017

*[signature]*

LAURA ANN TIGHE
District Court Judge

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br><br>Court Address: 100 Jefferson County Parkway<br>Golden, Colorado 80401 | |
| **Plaintiff:** COPPER CREEK CONSTRUCTION LLC<br><br>v.<br><br>**Defendants:** RACHEL JOHNSEN a/k/a RACHEL JOHNSON | ▲ COURT USE ONLY ▲<br><br>Case No.: 16CV31367<br><br>Div.: 7     Ctrm.: |
| **ORDER** | |

The COURT having considered the Confession of Judgment, and the Court having reviewed the pleadings on file herein and being fully advised of the premises, the Confession of Judgment is APPROVED AND JUDGMENT SHALL ENTER.

The Confession of Judgment executed by Defendant Rachel Johnsen a/k/a Rachel Johnson is hereby ENTERED AS AN ORDER OF THIS COURT.

**SO ORDERED** this _____ day of _____, 20___.

BY THE COURT

_____
Judge

| JEFFERSON COUNTY DISTRICT COURT, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80419 | DATE FILED: March 6, 2017 5:05 PM<br>FILING ID: 7DD4F8EAEFA61<br>CASE NUMBER: 2016CV31367<br>▲COURT USE ONLY▲ |
|---|---|
| Plaintiff: COPPER CREEK CONSTRUCTION LLC,<br><br>v.<br><br>Defendants: RACHEL JOHNSEN a/k/a Rachel Johnson | Case Number: 16CV31367<br><br>Division: 7 |
| **CONFESSION OF JUDGMENT** | |

Rachel Johnsen ("Ms. Johnsen") hereby confesses judgment in the above-captioned matter in favor of Copper Creek Construction LLC ("Copper Creek") in the amount of Eighteen Thousand Five Hundred Ninety-Nine and 03/100 Dollars ($18,599.03), and authorizes the Court to enter judgment against Ms. Johnsen in that sum, minus any payments already made pursuant to the Settlement Agreement and Release of Claims ("Settlement Agreement") dated December 29, 2016, which is incorporated herein by reference.

1. Statement of Facts out of which the Indebtedness Arose.

Ms. Johnsen was a party to litigation in case number 2016CV31367 (Copper Creek Construction LLC v. Rachel Johnsen a/k/a Rachel Johnson). In order to avoid further litigation between them, Copper Creek and Ms. Johnsen entered into settlement negotiations that resulted in Ms. Johnsen's agreement to execute this Confession of Judgment, which authorizes the Jefferson County District Court to enter judgment against Ms. Johnsen in the amount of Eighteen Thousand Five Hundred Ninety-Nine and 03/100 Dollars ($18,599.03).

2. Agreement.

Ms. Johnsen acknowledges Copper Creek has made claims against Ms. Johnsen in the amount of Eighteen Thousand Five Hundred Ninety-Nine and 03/100 Dollars ($18,599.03).

3. Waiver.

Ms. Johnsen was, at all times during negotiation and execution of the Settlement Agreement, acting pro se, and that Ms. Johnsen has the opportunity to discuss this Confession of Judgment and Settlement Agreement with independent counsel, and that Ms. Johnsen fully

understands and agrees to each and every provision hereof, hereby acknowledging receipt and a copy hereof.

4. Affidavit of Rachel Johnsen.

Ms. Johnsen affirms that she has read the foregoing Confession of Judgment, knows and fully understands the contents and ramifications thereof, agrees to such provision hereof and agrees to have this document entered as a Confession of Judgment against Rachel Johnsen. Further, Ms. Johnsen declares of her own knowledge, and under penalty of perjury, that the foregoing is true and correct.

SO SWORN AND CONFESSED this 29 day of December, 2016.

Ms. Rachel Johnsen

_Rachel Coburn Johnsen_
Ms. Rachel Johnsen

STATE OF COLORADO )
) ss.
COUNTY OF Jefferson )

The foregoing Confession of Judgment was sworn before me on this 29th day of December 2016, by Rachel Coburn Johnsen.

Witness my hand and official seal.

My commission expires: Sep 1, 2019

[SEAL]
JOLENE ANGEL TRUJILLO
Notary Public
State of Colorado
Notary ID 20114055785
My Commission Expires Sep 1, 2019

_Jolene Angel Trujillo_
Notary Public

2016092064 9/13/2016 11:25 AM
PGS 1 $11.00 DF $0.00
Electronically Recorded Jefferson County, CO
Faye Griffin, Clerk and Recorder TD1000 N

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80419 | |
| COPPER CREEK CONSTRUCTION LLC, Plaintiff;<br><br>v.<br><br>RACHEL JOHNSEN a/k/a RACHEL JOHNSON, Defendant. | ▲COURT USE ONLY▲ |
| ATTORNEYS:<br>Dustin J. Klein, Atty. Reg. No. 45074<br>Heidi S. Whitaker, Atty. Reg. No. 46004<br>Michael T. Martin, Atty. Reg. No. 29515<br>James A. Halpin, Atty. Reg. No. 14528<br>Lisa L. Culpepper, Atty. Reg. No. 29327<br>THE CULPEPPER LAW FIRM, P.C.<br>1827 Federal Boulevard<br>Denver, Colorado 80204<br>dklein@culpepperlaw.us<br>hwhitaker@culpepperlaw.us<br>mmartin@culpepperlaw.us<br>jhalpin@culpepperlaw.us<br>lculpepper@culpepperlaw.us<br>Telephone: 800.909.3539; Fax: 800.909.3734 | Case No.: 16CV31367<br><br>Div.: 7    Ctrm.: |
| **LIS PENDENS** | |

This action has been commenced to foreclose a mechanics' lien encumbering the following real property situate in Jefferson County, Colorado:

Lot 17, Block 1, Hawthorn Subdivision, County of Jefferson, State of Colorado

also known as 6182 Eldora Street, Golden, Colorado 80403

DATED this 13th day of September 2016.

THE CULPEPPER LAW FIRM, PC

/s/*Dustin J. Klein*
Dustin J. Klein, Atty. Reg. No. 45074
James A. Halpin, Atty. Reg. No. 14528
Lisa L. Culpepper, Atty. Reg. No. 29327
*Attorneys for Plaintiff*