UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:
Racael Johnson ;                                )
                                                )   Case No.  17-21504
                                                )   Chapter 7
                                                )

## MOTION TO CONTINUE CDONFIRMATION HEARING

Comes now, the Debtor, by and through counsel, and requests this Court continue the hearing set for February 21, 2018 on the following grounds:

1. Undersigned counsel has a conflict on February 21, 2018 and has been unable to find a replacement.

2. Undersigned counsel requests the confirmation hearing be continued to the following week.

WHEREFORE, Debtor requests this Court to reconsider its Order dismissing the case and reinstate the case.

Respectfully submitted this 20th day of February 2017.

Berumen Law Firm, P.C.
/s/ Mark J. Berumen
Mark J. Berumen
Berumen Law Firm, P.C.
1873 S. Bellaire St. Suite 1010
Denver, CO 80222
T: 303.751.2128
F: 303.845.5358
*Attorney for the Debtor*