UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| Date: February 21, 2018 | **Honorable Thomas B. McNamara, Presiding** |
|---|---|
| | Jaime Escudero, Courtroom Deputy |

In re: Rachel C. Johnsen,  Case No. **17-21504-TBM**

Chapter 13

Debtor.

| | Appearances | | |
|---|---|---|---|
| Trustee | **Adam M. Goodman** | Counsel | **Jennifer Cruseturner** |
| Debtor | | Counsel | **Mark J. Berumen** |
| Creditor | **Red Rocks Credit Union** | Counsel | **Lisa Cancanon** |
| Creditor | **Copper Creek Construction** | Counsel | **NO APPEARANCE** |

Proceedings: Confirmation Hearing. Objections to Confirmation filed by Chapter 13 Trustee Goodman, Red Rocks Credit Union and Copper Creek Construction

☒ The parties entered their appearance on the record. Copper Creek Construction did not appear for the hearing.

☒ Counsel for the Debtor requests additional time to file an Amended Chapter 13 Plan to resolve the Objections to Confirmation (Docket Nos. 20, 21 and 22) filed by the Chapter 13 Trustee, Red Rocks Credit Union and Copper Creek Construction.

Orders:

☒ Based on the appearance and the representation made by counsel for the Debtor, the Motion to Continue Hearing (Docket no. 23) is DENIED as moot.

☒ Based on the representations of the parties, confirmation of the Chapter 13 Plan (Docket No. 2) is DENIED. All pending Objections are deemed moot. Any party desiring to object to a future Chapter 13 Plan must file a new Objection.

☒ The Debtor shall file and serve an Amended Chapter 13 Plan and a Notice, in substantial conformity with L.B.F. 3015-1.2, on or before **March 21, 2018**. The Debtor shall also file by that date a Certificate of Service confirming proper service of the Amended Chapter 13 Plan and Notice. Debtor's oral Motion to Limit Notice is DENIED, however the Debtor's Motion to Shorten Notice Period is GRANTED. The Debtor shall serve all creditors and parties in interest, including the Chapter 13 Trustee. The Notice shall include regarding how to participate in the New Confirmation Hearing telephonically. The deadline for Objections (which must be set forth in the Notice) shall be **April 4, 2018**.

☒ If Objections are filed to the Amended Chapter 13 Plan, the Debtor shall file a Confirmation Status Report, in compliance with L.B.R. 3015(e) and in substantial conformity with L.B.F. 3015-1.4. If no Objections to the Amended Chapter 13 Plan are filed, the Debtor shall file a Verification of Confirmable

Plan in compliance with L.B.R. 3015(d) and in substantial conformity with L.B.F. 3015-1.3. Either a Verification of Confirmable Plan or a Confirmation Status Report must be filed on or before **April 11, 2018.**

☒ The Court will conduct a Confirmation Hearing on a trailing docket on the Amended Chapter 13 Plan and any objections thereto on **Wednesday, April 18, 2018, at 10:30 a.m.** in Courtroom E, U.S. Custom House, 721 19th Street, Denver, CO 80202. Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically. Parties wishing to appear telephonically shall call the Court at 1-888-684-8852 immediately prior to the time of the scheduled hearing. The meeting ID number is 3187256, followed by the # sign. The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the Chambers of the undersigned Judge at 720-904-7310 and leave a name, case number and a telephone number where you can be reached and the Court will return the call. The Confirmation Hearing is set for a non-evidentiary hearing. If the Confirmation Hearing involves a contested factual issue requiring the presentation of evidence, the Confirmation Hearing will be used as a Status and Scheduling Conference, at which time the Court will set dates for a final evidentiary hearing and for the exchange of witness and exhibit lists.

☒ **Failure by the Debtor to timely file and serve the Amended Chapter 13 Plan, the Notice, and either the Verification of Confirmable Plan or Confirmation Status Report, shall be deemed cause for denial of confirmation and for dismissal. Thus, confirmation may be denied and this case may be dismissed without further notice or hearing if the required documents are not timely filed. <u>If such failures occur, but the case is not dismissed for such failures, counsel for the Debtor must appear in person for the Confirmation Hearing.</u>**

Date: February 21, 2018

BY THE COURT:

_Thomas B. McNamara_
Honorable Thomas B. McNamara
United States Bankruptcy Judge