UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## _Minute Order_

| | |
|---|---|
| Date: April 18, 2018 | **Honorable Thomas B. McNamara, Presiding** |
| | Jaime Escudero, Courtroom Deputy |

In re: Rachel Coburn Johnsen,   Case No. **17-21504-TBM**

Chapter 13

Debtor.

| | Appearances | | |
|---|---|---|---|
| Trustee | **Adam M. Goodman** | Counsel | **Jennifer Cruseturner** |
| Debtor | | Counsel | **Mark J. Berumen** |
| Creditor | **Copper Creek Construction** | Counsel | **Dustin J. Klein** |

Proceedings: Confirmation Hearing. Objections to Confirmation filed by Chapter 13 Trustee Goodman, Red Rocks Credit Union and Copper Creek Construction

☒ The parties entered their appearance on the record.

☒ Counsel for the Chapter 13 Trustee and Copper Creek Construction ("CCC") represented to the Court that their Objections to Confirmation (Docket Nos. 28 and 29) remain unresolved.

☒ Counsel for the Debtor requests an evidentiary hearing to resolve the Objections to Confirmation. Counsel for the Chapter 13 Trustee agrees with setting an evidentiary hearing; counsel for CCC represented to the Court that their Objection to Confirmation, specifically related to the interest rate imposed by the consent judgment, can be resolved through legal argument.

Orders:

☒ Based on the representations of the parties, the Court shall set an evidentiary hearing and legal argument hearing on the Amended Chapter 13 Plan (Docket No. 26) and Objections to Confirmation (Docket Nos. 28 and 29) filed by the Chapter 13 Trustee and CCC. The legal argument hearing shall include, among other things, the issues as detailed in CCC's Objection to Confirmation, specifically on alteration of the interest rate imposed by the consent judgment.

☒ An evidentiary hearing and legal argument hearing will be held on **Tuesday, June 26, 2018 at 9:30 a.m.,** before the Honorable Thomas B. McNamara in Courtroom E, US Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO 80202. Exhibits must be marked for identification (Debtor shall use numbers, Chapter 13 Trustee shall use "TR" and letters, and Copper Creek Construction shall use "CCC" and letters) and exchanged no later than **June 12, 2018**. A List of Witnesses and Exhibits must be filed with the Court on or before **June 12, 2018**, substantially in the form of Attachment A. Written objections directed to the exhibits must be filed and served on opposing counsel on or before **June 19, 2018**, otherwise all objections except as to relevancy are waived.

☒ On the date of the evidentiary hearing, each party shall provide three (3) copies of all exhibits to the Law Clerk or Courtroom Deputy. Two (2) copies are for the Court and one (1) copy is for the witness. The original exhibits are to be used by the witness. Exhibits tendered to the Court shall be in three ring

binders and be individually tabbed with the appropriate exhibit letter/number. Tabs must extend past the side of the paper. Exhibits in excess of ten (10) pages shall be numbered at the bottom of the page for easier access and use during trial.  The first page of each binder shall be an index in the form of Attachment 1 to this Order.  The parties will be required, consistent with Local Bankruptcy Rule 9070-1, to retain custody of their original exhibits following the evidentiary hearing.  Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone. All parties shall appear in person or by counsel.

☒ The United States Bankruptcy Court for the District of Colorado has installed an electronic evidence presentation system in Courtroom E. The evidence presentation system allows for the display of evidence on various monitors located at the bench, the witness stand, the lectern and the counsel tables. Counsel planning to use the equipment must contact court staff by contacting the Court's Training Department, at least 5 business days in advance of their court proceeding to inquire about availability of certain equipment, protocol for use, training and practice sessions.  Appointment inquiries can be made online at http://www.cob.uscourts.gov/content/courtroom-technology-request-form.  Counsel must familiarize themselves with the electronic presentation system in advance.  Practice sessions and testing of the equipment, if requested by counsel, must occur prior to the day of a scheduled court appearance, as the courtroom may not be available and court staff will not be available for that purpose on the day of the proceeding.  **The Court encourages the use of the electronic evidence presentation system.**  Each party utilizing the electronic evidence presentation system shall provide two thumb-drives of all exhibits in lieu of paper exhibits as described above on the date of the Evidentiary Hearing.

☒ The Court confirms that this dispute is a contested matter and discovery is available under Fed. R. Bankr. P. 9014(c) and 7026-7037.

☒ The Court ORDERS counsel for CCC and the Debtor to reach a Stipulation of Agreed Facts pertaining to the interest rate issue and file such Stipulation on or before **May 9, 2018.**  The Debtor shall file her legal brief on the Debtor's proposed modification of the interest rate on the CCC debt, complete with legal authority, if any, on or before **May 9, 2018**.  CCC shall file its legal brief in response within 10 days after the filing of the Debtor's brief.

☒ The parties shall confer and prepare a list of uncontested background facts relating to the issues before the Court, and a list of exhibits which all parties agree are admissible at the evidentiary hearing. The Stipulations of Facts and Exhibits shall be filed with the Court on or before **June 21, 2018.**  If the parties are unable to reach an agreement as to any stipulated facts, a statement to that effect must be filed.

Date: April 18, 2018

BY THE COURT:

_____
Honorable Thomas B. McNamara
United States Bankruptcy Judge