**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

RACHEL COBURN JOHNSEN,

Debtor.

Bankruptcy Case No. 17-21504 TBM
Chapter 13

___

**ORDER DENYING MOTION TO CONTINUE HEARING**
___

THIS MATTER comes before the Court on the Debtor's "Motion to Continue Confirmation Hearing" (Docket No. 35, the "Motion"), the Court's "Order Setting Date for Response" (Docket No. 40) and the Responses (Docket Nos. 42 and 43) filed by the Chapter 13 Trustee and Copper Creek Construction.  The Court, being advised in the premises:

Orders that:

1.  The Motion "requests this Court to reconsider its Order dismissing the case and reinstate the case."  However, the Court did not dismiss the case.  So reinstatement is unnecessary.  To the extent that the Motion requests continuance of the June 26, 2018, evidentiary hearing set in this case on confirmation of Debtor's Amended Chapter 13 Plan (Docket No. 26), the Motion is DENIED because there are numerous remaining objections as set for the "Chapter 13 Trustee's Opposition to Debtor's Motion to Continue Confirmation Hearing" (Docket No. 43, the "Trustee's Opposition".)

2.  The evidentiary hearing set for June 26, 2018, shall proceed as scheduled and all dates and deadlines set forth in the Court's "Minute Order" (Docket No. 31) will continue to be in effect; <u>except that the evidentiary hearing shall consider confirmation of the Debtor's Third Amended Chapter 13 Plan (Docket No. 34, the "Third Plan".)</u>

3.  Furthermore, the Court will set a new sequence for notice and objections to the Third Plan.   The Debtor shall file and serve a Notice, in substantial conformity with L.B.F. 3015-1.2, on or before **June 6, 2018**.  The Debtor shall also file by that date a Certificate of Service confirming proper service of the Amended Chapter 13 Plan and Notice.  The Debtor shall serve a copy of the Amended Chapter 13 Plan and a Notice, in substantial conformity with L.B.F. 3015-1.2, on all creditors and parties in interest, including the Chapter 13 Trustee, however the Chapter 13 Trustee need not object again since the Chapter 13 Trustee's objections are contained in the Trustee's Opposition.  The deadline for Objections (which must be set forth in the Notice) shall be **June 20, 2018**.

      4.  If any additional objections to confirmation are filed, such objections shall be joined for the evidentiary hearing on June 26, 2018.

DATED this 31st day of May, 2018.

BY THE COURT:

*Thomas B. McNamara*

Thomas B. McNamara,
United States Bankruptcy Judge