**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| Debtor 1: | Rachel | | Johnson | Case #: | 17-21504 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2: | | | | Chapter: | 13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 3015-1.2
## Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection deadline: **June 20, 2018**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that the debtor filed a Chapter 13 Plan on **March 21, 2018**. A copy of the Chapter 13 Plan is attached. A confirmation hearing on the debtor's plan has been set for **Wednesday, June 26, 2018, at 9:30 a.m.** in Courtroom E, U.S. Custom House, 721 19th Street, Denver, CO 80202.in Courtroom E, U.S. Custom House, 721 19th Street, Denver, CO 80202.

The last day to file an Objection to the Plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

This Notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Bankruptcy Case for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

### Part 3  Signature of Debtor's Attorney or Debtor (if unrepresented)

Respectfully submitted this __7th_ day of June, 2018.

                                    Berumen Law Firm, P.C.

                                    /s/ Mark Berumen
                                    Mark J. Berumen
                                    Berumen Law Firm, P.C.
                                    1873 S. Bellaire St. Suite 1010
                                    Denver, CO 80222
                                    T: 303.751.2128
                                    F: 303.845.5358
                                    *Attorney for the Debtor*

CERTIFICATE OF SERVICE

I hereby certify that on _June 7, 2018 , a copy of the plan and notice were served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**David W. Drake**
216 16th St., Ste. 1210
Denver, CO 80202

**Dustin J. Klein**
1827 Federal Blvd.
Denver, CO 80204

**Chapter 13 Trustee - Goodman**
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

**Lisa Cancanon**
11101 W. 120th Ave., Ste. 280
Broomfield, CO 80021


/s/ Mike Rhue