| **Fill in this information to identify your case** |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** |
| Debtor 1: Rachel          Johnsen          Case #: 17-21504 |
|          First Name   Middle Name   Last Name |
| Debtor 2: _____ Chapter: _____ |
|          First Name   Middle Name   Last Name |

## Local Bankruptcy Form 9070-1.1

## ~~List of Witnesses and Exhibits~~

**Complete applicable sections.**

**Dachel Johnsen [name of party and party type]** hereby designates the following witnesses and exhibits for the hearing or trial set for _June 26, 2018 **[month/day/year]**, at 9:30 at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom _____ **[letter]**, Fifth Floor, Denver, Colorado 80202.

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Rachel Johnson | Income, employment, expenses, feasibility of plan, good faith, homestead exemption amount, potential fraudulent transfers and/or preference payments |
|  |  |
|  |  |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
|  |  |
|  |  |
|  |  |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | 2017 Federal Taxes |  |  |  |
| 2 | Divorce Decree |  |  |  |
| 3 | Medical Disability Documentation |  |  |  |
| 4 | Bank Statements |  |  |  |
| 5 | Post filing Credit Card Statements |  |  |  |
| 6 | Car Loan Information For 2017 Jeep |  |  |  |

| 7 | Profit and Loss for 2018 | | | |
|---|---|---|---|---|
| 8 | All Documents Filed by the Debtor in this case | | | |

## Part 3  Signature

Respectfully submitted this 12th day of June 2018.

                                                 Berumen Law Firm, P.C.
                                               /s/ Mark J. Berumen
                                               Mark J. Berumen
                                               Berumen Law Firm, P.C.
                                               1873 S. Bellaire St. Suite 1010
                                               Denver, CO 80222
                                               T: 303.751.2128
                                               F: 303.845.5358
                                               *Attorney for the Debtor*